United States Bankruptcy Court

Western District of Washington

In re:

Case No. 26-10130-CMA

Alex Selinsky

Chapter 7

Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alex Selinsky, 13666 18th Ave SW, Burien, WA 98166-1047 |
| 957565205 | + | Arstrat, 14141 Southwest Frwy Ste 300, Sugar Land, TX 77478-4630 |
| 957565208 | | Bldg Owner of 2445 4th Ave S, Seattle WA, 914 E Lynn St, Seattle, WA 98102-4039 |
| 957565210 | + | City of Seattle, License & Tax Administration, 700 5th Ave Ste 4200, Seattle, WA 98104-5042 |
| 957565212 | + | Dr Christopher Duncan, 16233 Sylvester Rd SW Ste 290, Burien, WA 98166-3067 |
| 957565213 | + | Dr. Covert, 16233 Sylvester Rd SW Ste 290, Burien, WA 98166-3067 |
| 957565215 | | Highline Medical Center, PO Box 66657, Seattle, WA 98166-0657 |
| 957565216 | + | Highline Medical Center, 16251 Sylvester Rd SW, Burien, WA 98166-3017 |
| 957565218 | + | KeyBank, PO Box 74788, Cleveland, OH 44194-0871 |
| 957565221 | + | Neuroscience Institute, Swedish Hospital, 550 17th Ave Ste 110W, Seattle, WA 98122-5789 |
| 957565223 | | Pacific Anesthesia, PO Box 84021, Seattle, WA 98124-8421 |
| 957565224 | + | Saint Claire Hospital, 11315 Bridgeport Wy SW, Lakewood, WA 98499-3070 |
| 957565225 | + | Swedish Hospital, 500 17th Ave, Seattle, WA 98122-5711 |
| 957565227 | | Swedish Hospital Billing, M/S 37268915, Po Box 660354, Dallas, TX 75266-0354 |
| 957565228 | + | Tri-Med Ambulance, 18821 E Valley Hwy, Kent, WA 98032-1219 |
| 957565232 | | Virginia Mason Clinic, Patient Account Services, PO Box 34924, Seattle, WA 98124-1924 |
| 957565233 | + | Virginia Mason Franciscan Health, 16251 Sylvester Rd SW, Burien, WA 98166-3017 |
| 957565236 | | Washington Dept of Labor & Industries, PO Box 44835, Olympia, WA 98504-4835 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@lancelee.com | Jan 21 2026 02:45:00 | Lance L Lee, Law Offices of Lance L. Lee, 1700 7th Ave Ste 2100, Seattle, WA 98101-1360 |
| tr | + | EDI: QRGBROWN.COM | Jan 21 2026 07:50:00 | Ronald G. Brown, Ronald G. Brown, Chapter 7 Trustee, P.O. Box 2369, Kirkland, WA 98083-2369 |
| smg | | EDI: WADEPREV.COM | Jan 21 2026 07:50:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| ust | + | Email/Text: USTPREGION18.SE.ECF@USDOJ.GOV | Jan 21 2026 02:45:00 | United States Trustee, 700 Stewart St Ste 5103, Seattle, WA 98101-4438 |
| 957565207 | | EDI: BANKAMER | Jan 21 2026 07:50:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 957565206 | | EDI: BANKAMER | Jan 21 2026 07:50:00 | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 957565209 | + | EDI: CITICORP | Jan 21 2026 07:50:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 957565211 | | EDI: DISCOVER | Jan 21 2026 07:50:00 | Discover Financial Services, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 957565214 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 21 2026 02:45:00 | FNB Omaha, PO Box 3412, Omaha, NE 68103 |
| 957565217 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |

| | | | |
|---|---|---|---|
| | | Jan 21 2026 02:45:00 | KeyBank, 4910 Tiedman Rd, Cleveland, OH 44144-2338 |
| 957565219 | Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | Jan 21 2026 02:45:00 | KeyBank, PO Box 89446, Cleveland, OH 44101-6446 |
| 957565220 | Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | Jan 21 2026 02:45:00 | KeyBank NA, Commercial Loan Dept, PO Box 94525, Cleveland, OH 44101-4525 |
| 957565222 | + Email/Text: bnc@nordstrom.com | | |
| | | Jan 21 2026 02:45:13 | Nordstrom Card Services, PO Box 6555, Englewood, CO 80155-6555 |
| 957565226 | + Email/Text: hbcustomerserviceteam@swedish.org | | |
| | | Jan 21 2026 02:45:00 | Swedish Hospital Billing, 747 Broadway, Seattle, WA 98122-4379 |
| 957565231 | EDI: USBANKARS.COM | | |
| | | Jan 21 2026 07:50:00 | US Bank, PO Box 6335, Fargo, ND 58125-6335 |
| 957565230 | EDI: USBANKARS.COM | | |
| | | Jan 21 2026 07:50:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 957565229 | + Email/Text: BAN5620@UCBINC.COM | | |
| | | Jan 21 2026 02:45:00 | United Collection Bureau, 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 957565234 | + EDI: WADEPESD.COM | | |
| | | Jan 21 2026 07:50:00 | WA Employment Security Dept, PO Box 9046, Olympia, WA 98507-9046 |
| 957565235 | EDI: WADEPREV.COM | | |
| | | Jan 21 2026 07:50:00 | Washington Department of Revenue, PO Box 47476, Olympia, WA 98504-7476 |
| 957565237 | EDI: WFHOME | | |
| | | Jan 21 2026 07:50:00 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lance L Lee | on behalf of Debtor Alex Selinsky ecf@lancelee.com  LLee@jubileebk.net |
| Ronald G. Brown | rgbrownlaw@outlook.com  rgbrown@ecf.axosfs.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

| | | |
|---|---|---|
| Debtor 1: | **Alex Selinsky** <br> First Name    Middle Name    Last Name | Social Security number or ITIN:   xxx–xx–6520 <br> EIN:   _ _ – _ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN:   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Western District of Washington | | Date case filed for chapter:     7    1/16/26 |
| Case number:   26–10130–CMA | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    07/24

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Alex Selinsky | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 13666 18th Ave SW <br> Burien, WA 98166 | | |
| 4. | **Debtor's attorney** <br> Name and address | Lance L Lee <br> Law Offices of Lance L. Lee <br> 1700 7th Ave Ste 2100 <br> Seattle, WA 98101–1360 | | Contact phone 206–332–9841 <br><br> Email: ecf@lancelee.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronald G. Brown <br> Ronald G. Brown, Chapter 7 Trustee <br> P.O. Box 2369 <br> Kirkland, WA 98083 | | Contact phone 425–522–3649 |
| 6. | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | 700 Stewart St, Room 6301 <br> Seattle, WA 98101 | | Hours open 8:30 am – 4:30 pm Monday – Friday <br> Contact phone 206–370–5200 <br> Date: 1/16/26 |

For more information, see page 2 >

| 7. | **Meeting of creditors** | **February 23, 2026 at 09:00 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 461 609 6703, and Passcode 3660254164, Or Call 1–425–332–5845<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 4/24/26** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>If your claim is secured by a security interest in the debtor's principal residence, see Fed. R. Bankr. P. 3002(c)(7) for claim filing deadlines. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**Notice of Potential Dismissal:** If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice.

**Electronic Noticing:** Anyone can register for the Electronic Bankruptcy Noticing program at bankruptcynotices.uscourts.gov OR (2) Debtors can register for DeBN by filing local form www.wawb.uscourts.gov/content/debtors with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email.

Case 26-10130-CMA    Doc 9    Filed 01/22/26    Ent. 01/22/26 21:19:37    Pg. 5 of 5